# In the United States Court of Federal Claims

OFFICE OF SPECIAL MASTERS
No. 02-1151V
(Filed: May 21, 2014)
**NOT TO BE PUBLISHED**

```
* * * * * * * * * * * * * * * * * * * * * * * * ****
                                           *
KELLY KERNS, parent of DK, a minor,        *
                                           *
                 Petitioner,               *
                                           *   Vaccine Act Interim Fees and Costs
         v.                                *
                                           *
SECRETARY OF HEALTH AND                    *
HUMAN SERVICES                             *
                                           *
                 Respondent.               *
                                           *
* * * * * * * * * * * * * * * * * * * * * * * * ***
```

### DECISION (ATTORNEYS' FEES)

**HASTINGS,**     *Special Master.*

In this case under the National Vaccine Injury Compensation Program (hereinafter "the Program"), petitioner seeks, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1), an award for attorneys' fees and other costs incurred in attempting to obtain Program compensation in this case.

**I**

### ENTITLEMENT TO FEES AND COSTS GENERALLY

Pursuant to § 300aa-15(b) and (e)(1), the special master may make an award of attorneys' fees and costs even when, as in this case, the petitioners are not found to qualify for a substantive Program award, if the petition was filed in "good faith" and upon a "reasonable basis."

**II**

### PROCEDURAL HISTORY

Petitioner filed the instant request for fees and costs on July 5, 2013. Respondent has not filed any documents opposing the request. On January 16, 2014, I filed a Decision granting the request. However, later that same day, petitioner's counsel left a telephone message at my office noting that my Decision did not address petitioner's request that I direct the payment of fees *solely to counsel*. I interpreted this message as an oral Motion for Reconsideration of my Decision on fees, and I filed an Order withdrawing my Decision on January 17, 2014.

On May 20, 2014, I filed a decision determining that attorneys' fees and costs may be paid directly to counsel in appropriate circumstances. *Goodridge v. HHS*, No. 02-320V (2014). For the reasons stated in *Goodridge*, I find it appropriate in this case to award a check for attorneys' fees and other costs solely to petitioner's counsel. Further, respondent has *not* argued in this case against petitioner's request that I do so.

### III

### AMOUNT OF THE AWARD

The requested amount of $7,598 appears reasonable.

Accordingly, my decision is that fees and costs are to be awarded in the total amount of $7,598.

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master